U.S. Magistrate Judge Brian A. Tsuchida

FILED — ENTERED
LODGED — RECEIVED

MAY 03 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANG WANG, ZHAOFENG ZHANG,<br>YONGGUANG WU, YUNZHONG CHEN,<br>STEVEN THOMPSON, YAOAN HE,<br><br>Defendants. | CASE NO. MJ17-176<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code,<br>Section 371 |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### Conspiracy to Use a Communication Facility to Promote Prostitution

Beginning on a date unknown, but within the last five years, and continuing through and including May 4, 2017, in King County, within the Western District of Washington, and elsewhere, FANG WANG, YONGGUANG WU, YUNZHONG CHEN, STEVEN THOMPSON, YAOAN HE, ZHAOFENG ZHANG (collectively the

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  "Defendants"), and other persons known and unknown, did knowingly and intentionally

2  conspire to use a facility in interstate commerce, to wit, computers and cellular

3  telephones, with intent to promote, manage, establish, and carry on unlawful activity, that

4  is, Promoting Prostitution in violation of Revised Code of Washington Section

5  9A.88.070, and to thereafter perform acts to facilitate the promotion, management,

6  establishment, and carrying on of such unlawful activity, in violation of Title 18, United

7  States Code, Section 1952.

8        A.    Object of the Conspiracy

9        It was an object of the conspiracy to profit financially from the prostitution

10  activities of women who were advertised online on Backpage.com and other escort

11  websites.

12        B.    Manner and Means of the Conspiracy

13        1.    It was part of the conspiracy that members of the conspiracy employed

14  women to work in the United States at various locations offering sex services for a fee.

15        2.    It was further part of the conspiracy that members of the conspiracy leased

16  apartments in the State of Washington for the purpose of facilitating and promoting acts

17  of prostitution.

18        3.    It was further part of the conspiracy that members of the conspiracy

19  facilitated and arranged for women to engage in acts of prostitution at these apartments in

20  the State of Washington.

21        4.    It was further part of the conspiracy that members of the conspiracy utilized

22  the internet to advertise prostitution services, specifically, the online advertisement

23  website of www.Backpage.com.

24        5.    It was further part of the conspiracy that members of the conspiracy utilized

25  the internet to communicate with each other and with the women who were working as

26  prostitutes, specifically, the instant messaging service Wechat.

27

28

COMPLAINT/WANG - 2
Case No.

C.    Overt Acts

During and in furtherance of the conspiracy, one or more of the conspirators committed one or more of the following overt acts in the Western District of Washington and elsewhere:

1.    FANG WANG was the account holder and payee for online advertisements on www.Backpage.com for various women located in the Western District of Washington from a date unknown, but at least since October 2013 to May 2017.  Each of these advertisements offered sex services for a fee using coded language.

2.    The online advertisements on Backpage.com that offered sex services under FANG WANG's account were posted for various cities in the Western District of Washington.

3.    Additional overt acts as described in the paragraphs below are incorporated herein and realleged as though fully restated.

And the complainant states that this Complaint is based on the following information:

I, David Hecht, being first duly sworn on oath, depose and say:

## I.    INTRODUCTION AND AFFIANT BACKGROUND

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so since January 1997.  I am currently assigned to an Organized Crime and Public Corruption Squad within the Seattle Division of the FBI. During my employment with the FBI, I have investigated various federal criminal violations, to include human trafficking and prostitution.  I have attended the Federal Bureau of Investigation Special Agent Training Course, and I have attended training in prostitution and human trafficking investigations.  I have participated in numerous prostitution and human trafficking investigations, to include criminal violations of federal human trafficking-related offenses, during the course of which I have participated in physical surveillance, undercover operations, and executions of search warrants.

COMPLAINT/WANG - 3
Case No.

1      2.      Because of this experience and training, I am familiar with common

2  methods of investigating human trafficking and prostitution organizations, and have

3  become familiar with the methods of operation of human traffickers and brothel

4  operators, including, but not limited to: their methods of transporting prostitutes,

5  advertising prostitution services, concealing brothel activities, their use of cellular

6  telephones, their use of code words, counter-surveillance, and other methods of avoiding

7  detection by law enforcement. I am also familiar with the various methods of concealing

8  and laundering the proceeds of prostitution.

9      3.      The facts in this affidavit come from my personal observations, my training

10  and experience, and information obtained from other law enforcement officers and

11  witnesses. This affidavit is intended to show merely that there is sufficient probable cause

12  for the requested arrest warrants and does not set forth all of my knowledge about this

13  matter.

14      **II.    SUMMARY OF PROBABLE CAUSE**

15      4.      Over the last three years, federal and state law enforcement agents based in

16  the State of Washington have investigated a suspected prostitution ring. The prostitution

17  ring has operated primarily through advertisements posted on the online-classified

18  website www.backpage.com ("Backpage"). Those advertisements purport to advertise

19  "massage" and "escort" services performed by females, but in fact are designed to attract

20  clients interested in paying for sex acts. As explained in detail below, law enforcement

21  agents with the Federal Bureau of Investigation ("FBI"), the King County Sheriff's

22  Office ("KCSO"), the Seattle Police Department ("SPD"), the Bellevue Police

23  Department ("BPD"), the Redmond Police Department ("RPD"), the Tukwila Police

24  Department ("TPD"), and other law-enforcement agencies across the United States, have

25  discovered that the Defendants, and others known and unknown, operated the prostitution

26  ring by renting apartments in complexes throughout the Western District of Washington

27  (referred to herein as "residential brothels"), directing clients who responded to the

28  COMPLAINT/WANG - 4
Case No.

1  Backpage advertisements to those residential brothels, and placing females at those

2  residential brothels, who thereafter performed sex acts in exchange for money.

3      5.      As explained in the sub-sections below, law enforcement officers have used

4  a variety of techniques in order to identify the Defendants as members of the conspiracy

5  set out above. **First**, law enforcement officers identified thousands of Backpage

6  advertisements for purported "escort" and "massage" services, drawing connections

7  between those advertisements by noticing common photographs, common phrases,

8  common telephone numbers, and common Backpage accounts.  Law enforcement

9  officers also traced Backpage advertisements to Internet Protocol ("IP") addresses, in

10  order to determine the physical location from which the advertisements originated.

11  Through their review of this information, officers found probable cause to believe that

12  Fang WANG coordinates Backpage advertisements and that the conspirators use

13  telephones and the internet in furtherance of the scheme.

14      6.      **Second**, law enforcement officers called and/or sent text messages to the

15  telephone numbers listed in some of the Backpage advertisements, in order to pose as

16  prospective clients and arrange meetings with females who worked as prostitutes.  By

17  doing so, officers learned that the same telephone numbers often directed officers to

18  multiple different residential brothels – evidence that a virtual "call center" coordinates

19  appointments between clients and prostitutes.  Location data regarding some of the

20  telephone numbers also shows that the phones are located in different jurisdictions, e.g.,

21  New York and Washington, but nevertheless direct clients to locations in the Western

22  District of Washington.

23      7.      **Third**, after setting appointments to meet females at residential brothels,

24  law enforcement officers typically traveled to those locations.  By these steps, officers

25  discovered that residential brothels are typically located inside sparsely furnished

26  apartments in complexes.  Lease records for those apartments show that Defendants WU,

27  CHEN, THOMPSON, and HE all rented apartments while those apartments were being

28  used as residential brothels.

COMPLAINT/WANG - 5
Case No.

8.    Upon entering residential brothels, officers conducted "offers-and-acceptances" with the females who worked as prostitutes inside.  An "offer-and-acceptance" is a procedure by which an officer confirms that a female intends to perform sex acts for money.  In an "offer-and-acceptance," an officer provides a female with money and then discusses the performance of a sex act.  When the female agrees to perform the sex act, the officer comes up with a reason to leave the apartment immediately.  While the pretexts may vary, officers typically complain that the female inside the apartment is not the same person as the female depicted in the online advertisement.  Thus, in an offer-and-acceptance, an officer confirms that a female works as a prostitute but does not actually engage in a sex act with her.

9.    **Fourth**, law enforcement officers have interviewed witnesses, including females who worked as prostitutes, participants in the conspiracy, the prostitution ring's clients, and apartment managers at the complexes where the residential brothels were located.  Through those interviews, officers have learned that the Defendants and others known and unknown played various roles in the scheme.  Those roles included posting advertisements, renting apartments, collecting money from prostitutes, transferring money between co-conspirators, transporting prostitutes, and supplying prostitutes with food and other material.  Officers have also learned about the relationships between the Defendants, which are described in further detail below.

10.    **Fifth**, law enforcement officers have analyzed location data and phone records regarding the Defendants and other conspirators.  Those records have confirmed the Defendants' roles and their relationships.

11.    As explained below, law enforcement officers have spoken with two sources in order to understand the Defendants' roles in the criminal conspiracy:

a.    The first source is Defendant Zhaofeng ZHANG, who served as a confidential source until January 2017.  After January 2017, ZHANG remained on the record as a source, but has not been asked by law enforcement officers to gather any intelligence regarding the prostitution ring.  Prior to his time as an FBI confidential

COMPLAINT/WANG - 6
Case No.

1  source, ZHANG was detained by state law enforcement officers while he was
2  transporting a prostitute to a hotel. In exchange for favorable consideration with respect
3  to any potential prosecution relating to his involvement with prostitution-related activity,
4  ZHANG has admitted to officers that, at the direction of other defendants, he drove
5  prostitutes to meet with clients, posted advertisements on Backpage, collected money
6  from prostitutes, and deposited that money into bank accounts. The FBI stopped using
7  ZHANG as a confidential informant on January 30, 2017. After that date, the FBI
8  discovered that, while serving as a confidential informant, ZHANG had advertised
9  prostitution services in contravention of his obligations as a confidential source.[1]

10      b.      The second source is referred to herein as "CS1." CS1 is a former
11  client of the prostitution ring described below who later became a member of the ring,
12  including by renting apartments and posting advertisements. CS1 has provided reliable
13  and verifiable information to law enforcement in connection with the investigation. CS1,
14  however, was previously convicted of theft in third degree (a gross misdemeanor) and
15  two counts of promoting prostitution (a felony). He/she began serving as a confidential
16  source to law enforcement in this investigation after completing his/her earlier prison
17  sentence for those offenses. CS1 has not been provided or promised any law-
18  enforcement-related benefits by law enforcement in exchange for his/her cooperation, but
19  has been paid three times for a total of $1,000.

20  **III.    STATEMENT OF PROBABLE CAUSE AS TO EACH DEFENDANT**

21      **A.    Defendant FANG WANG**

22

23

24

---

[1] In the months after seizing and making a digital copy of WU's phone in October 2016, the FBI translated
25  thousands of messages found on the phone. In or about February 2017, the FBI found a message from ZHANG to
WU in which ZHANG told WU that ZHANG had referred a customer to a brothel. This message, and the incident
26  that it discussed, occurred after ZHANG began providing information to the FBI. In addition, in March 2017, after
the FBI discontinued its relationship with ZHANG, a King County Sheriff's Office investigator assisting with this
27  investigation learned that ZHANG had placed advertisements on an online escort and prostitution website named
Cityvibe. When asked about law enforcement officers about his conduct, ZHANG initially denied, but later
28  admitted, it.

COMPLAINT/WANG - 7                                    UNITED STATES ATTORNEY
Case No.                                              700 STEWART STREET, SUITE
                                                      5220
                                                      SEATTLE, WASHINGTON 98101
                                                      (206) 553-7970

1    12.    There is probable cause to believe that one of the leaders of the criminal

2  organization is Fang WANG.  WANG's permanent residence is in the state of New York,

3  but she also routinely stays in Washington State for extended periods of time.  Based on

4  location data from WANG's phone obtained pursuant to a federal tracking warrant,[2] law

5  enforcement officers have determined that she regularly lives with Defendant Yongguang

6  WU when she is in the Seattle area.  Over the course of the investigation, law

7  enforcement officers have discovered extensive evidence regarding WANG's role in

8  advertising prostitution services, directing prostitutes, and capturing the financial

9  proceeds from the criminal scheme.

10    13.    There is probable cause to believe that WANG posted, and directed others

11  to post, advertisements for prostitution services on Backpage.  Both ZHANG and CS1

12  have told law enforcement agents that WANG used Backpage to advertise the

13  prostitution ring's services and that she directed them to prepare and post prostitution-

14  related advertisements on Backpage in exchange for money.  CS1 turned over messages

15  that he/she exchanged with WANG over the online-messaging system WeChat,[3] in which

16  CS1 and WANG discussed the content of Backpage advertisements, including

17  photographs of the females used to entice clients.  ZHANG and CS1 further told agents

18  that, at WANG's direction, they used a Backpage account registered to the email address

19  asianpenny425@gmail.com.[4]  In addition, CS1 told law enforcement officers that, at

20  WANG's direction, he/she used another Backpage account that is registered to the email

21  address seattlepretty@gmail.com to post Backpage advertisements.

22

23

24  _____

25  [2] To confirm that the phone belonged to WANG, law enforcement officers observed her using the phone in the exact same location from which the phone was emitting location data.

26  [3] I know from my experience and training that WeChat is an application that enables users with internet connections to exchange text messages, digital media (e.g., videos and photographs), and information about their location.

27  WeChat users can also engage in "group chats," in which multiple users can exchange messages with each other in the same digital conversation.

28  [4] From my training and experience, I am aware that Backpage requires users to register with an email address before posting advertisements on the website.

COMPLAINT/WANG - 8
Case No.

14.   Backpage records show that accounts registered to the email addresses asianpenny425@gmail.com and seattlepretty@gmail.com posted thousands of advertisements regarding "escort" or "massage" services, often using the same photographs of young females in order to entice prospective clients. Law enforcement officers have called or texted the telephone numbers listed in some of those advertisements, resulting in offers-and-acceptances at residential brothels. Indeed, WANG's personal telephone number, which she provided CS1, was among the dozens of different telephone numbers listed in the Backpage advertisements posted by those two accounts. This suggests that WANG herself fielded calls from clients and directed them to brothels (in addition to directing others to do so).

15.   In addition, when performing a welfare check at a Bellevue apartment complex on May 5, 2016, Bellevue Police Department officers spoke with a male who admitted to visiting an apartment in the complex in response to a Backpage advertisement.[5] The male customer provided officers with the telephone number in the Backpage advertisement, which officers used to find the advertisement and determine that it had been posted by an account registered to asianpenny425@gmail.com.

16.   Backpage also sent invoices to the two Gmail accounts above for fee-based advertising services – e.g., giving an advertisement more prominence by placing it above advertisements. I am aware, from my training and experience, that, although Backpage allows its customers to post advertisements for free, Backpage will elevate an advertisement to a more prominent location on the website if the customer pays a fee. In order to maintain the prominence of a particular advertisement, a customer must pay the fee periodically. These fees are paid pursuant to invoices that Backpage sends to customers' email address and in which Backpage identifies the amount that the customer owes for fee-based advertising associated with particular advertisement(s). Upon

---

[5] The male customer told officers that he went to the apartment to have sex with a female inside, but that he did not ultimately do so.

COMPLAINT/WANG - 9
Case No.

1   receiving a customer's payment, Backpage sends the customer a receipt that identifies the

2   amount paid and the means of payment.  Backpage records show that, since September

3   2015, Backpage has sent invoices to asianpenny425@gmail.com and

4   seattlepretty@gmail.com.  WANG's credit card statements show that she paid the

5   amounts of those invoices.  WANG's address New York also associates with Internet

6   Protocol ("IP") records from 2016 relating to both email addresses.[6]

7       17.    Records from the asianpenny425@gmail.com account, which Google

8   produced in response to a search warrant, further evidence WANG's involvement in the

9   criminal operation.  Between October 2013 and September 2016, the email account

10  exchanged emails with prospective clients regarding the locations of residential brothels,

11  the types of prostitutes who would be present at those brothels, and the cost of various

12  types of sex acts.  In several emails, the "header" on the out-going email from

13  asianpenny425@gmail.com to some of those prospective clients listed the sender's name

14  as "Wang Fang."

15      18.    In addition to posting advertisements, WANG directed other parts of the

16  criminal scheme.  Toll records of phone numbers listed on Backpage advertisements

17  show numerous calls between the users of those phones and WANG.  Moreover, CS1

18  told officers that, at WANG's instruction, he/she rented apartments that she used as

19  residential brothels.  ZHANG claimed to have received the same instruction from

20  WANG.  CS1 claimed to have rented apartments at two apartment complexes in Bellevue

21  and one apartment complex in Renton.  CS1 told investigators that WANG, and one of

22  WANG's associates who CS1 knew as "Amy," gave CS1 between $8,000 and $9,000 per

23  month in cash in order to compensate CS1 for the costs associated with leasing the three

24  apartments that WANG used as residential brothels.  CS1 also admitted that, in exchange

25  _____

26  [6] Law enforcement officers have discovered that Backpage advertisements associated with these two Gmail
    addresses also link back to IP addresses other than WANG's.  As explained in the subsections below, some of those
27  IP addresses belong to other co-defendants.  The fact that multiple IP addresses, at different locations, link to the
    same Backpage accounts is corroborates the statements by ZHANG and CS1 about how WANG instructed them to
28  post advertisements.

COMPLAINT/WANG - 10
Case No.

1  for his/her contribution to WANG's prostitution ring, WANG discounted the price that

2  CS1 was charged by the prostitutes for sex acts.[7] ZHANG also told agents that he

3  collected prostitutes' earnings, which he then deposited into bank accounts at WANG's

4  direction.

5      19.    CS1 has provided law enforcement officers with WeChat conversations

6  between him/her and WANG.  Those conversations corroborate CS1's descriptions to

7  law enforcement officers of the role that he/she played in WANG's prostitution ring.  For

8  instance, in one of the chats, the WeChat user who CS1 identified as WANG asked CS1

9  to post prostitution-related Backpage advertisements.  WANG also sent CS1 provocative

10  photographs of young females over WeChat, so that CS1 could include those

11  photographs in the advertisements.  WANG also instructed CS1 to list WANG's

12  telephone number in the Backpage advertisements.

13  **B.    Defendant ZHAOFENG ZHANG**

14      20.    As set out in the paragraphs above, ZHANG has admitted to his

15  involvement in the criminal scheme.  Law enforcement officers discovered ZHANG in or

16  about April 2015, during an "offer-and-acceptance" operation at a hotel in the Seattle

17  area.  ZHANG drove the female who had been dispatched to serve as a prostitute in

18  response to the request from an undercover law enforcement officer.  After the incident,

19  ZHANG agreed to work as a confidential source in return for possible consideration on

20  future charges.

21      21.    In the months after that incident, ZHANG admitted to law enforcement

22  agents that he posted advertisements on Backpage and collected money from prostitutes

23  at WANG's direction.  As explained above, ZHANG continued to post advertisements

24  and refer clients to WANG while he was serving as a confidential source without

25  obtaining law enforcement's authorization, in contravention of his obligations to law

26

27

---

28  [7] ZHANG confirmed to investigators that CS1 was WANG's customer, that CS1 leased apartments for WANG, and that CS1 collected money for WANG.

COMPLAINT/WANG - 11
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  enforcement. In addition to ZHANG's admissions, law enforcement agents have

2  developed independent evidence of his role. As explained above, law enforcement agents

3  discovered messages between ZHANG and WU discussing the use of advertisements to

4  connect clients and prostitutes. Law enforcement agents also discovered that ZHANG

5  used a profile on the classified website www.cityvibe.com to post dozens of

6  advertisements and pay for dozens of invoices between May 2016 and February 2017.

7  The Cityvibe account was registered to an email account that used ZHANG's nickname

8  and last name.

9      22.    Consistent with those text messages and postings on Cityvibe, surveillance

10 has captured ZHANG leaving the area of an apartment complex in Bellevue, at which

11 law enforcement officers have conducted offers-and-acceptances.

12     **C.    Defendant YONGGUANG WU**

13     23.    Law enforcement agents have collected information from witnesses, phone

14 records, and location data regarding WU's role in the conspiracy.

15     24.    In or about August 2016, ZHANG told agents that WU served as a driver

16 for WANG and collected money from prostitutes at the end of each day. CS1 has also

17 identified WU as someone who he/she met with (in addition to WANG). Both sources

18 have told officers that WU and WANG have a personal relationship, in addition to

19 working together in connection with the prostitution ring. The sources' accounts are

20 corroborated by location data (described below) as well as an August 18, 2016 incident

21 when both WU and WANG were detained by Customs and Border Patrol officers when

22 attempting to cross the border between Canada and the United States. When Customs

23 and Border Patrol agents searched the car in which WU and WANG were traveling, they

24 found a large quantity of condoms, which in my experience and training is consistent

25 with the quantity of condoms required to operate multiple residential brothels. The

26 agents also searched WU's phone and found photographs of large stacks of $100 bills.

27 The sources' accounts are also corroborated by toll records (obtained pursuant to an

28

COMPLAINT/WANG - 12
Case No.

1  federal-court order) from the telephone number from which WANG communicated with

2  CS1, which show that WANG and WU regularly called each other.

3      25.    Location data relating to WU's telephone and vehicle, which law

4  enforcement obtained pursuant to court orders issued in this district, corroborate

5  ZHANG's account.  That data establishes that WU consistently travels to, and between,

6  apartment complexes that law enforcement agents have identified as residential brothels;

7  in many instances, location data from WU's phone overlaps with location data relating to

8  WANG.[8]  For instance:

9          a.    On January 18, 2016, location data showed that WU's vehicle and

10  telephone, as well as WANG's telephone, were at an apartment complex in Bellevue, at
    which law enforcement officers conducted an offer-and-acceptance on January 28, 2017.

11

12          b.    On February 14, 2017, location data showed that WU's vehicle and

13  telephone, as well as WANG's telephone, were at an apartment complex in Redmond,
    one hour apart from each other.  Law enforcement officers performing physical

14  surveillance at that apartment complex saw WANG follow an older male into an
    apartment and leave the apartment with him approximately forty minutes later.  Law

15  enforcement agents surveilling the same apartments complex have seen WU visit the
    apartment complex numerous times over the last year, which is consistent with his role as

16  someone who collects money from the females who work at the residential brothel

17  located in that complex.

18          c.    On February 24, 2017, location data showed that WU's vehicle and

19  telephone were at an apartment complex, which officers had identified as a residential
    brothel about one year earlier from a female who worked as a prostitute at the complex.

20  Indeed, Renton Police Department officers visited in April 2016 when conducting a

21  "welfare check" to check on the safety of an apartment's occupant in response to a
    complaint.  When they entered the apartment at issue, the officers saw very little or

22  belongings furniture other than a mattress on the floor and baby wipes.  In my experience
    and training, the presence of those items is consistent with the condition of residential

23  brothels, including other brothels that officers have identified during this investigation.

24

25  _____

26  [8] In addition to tracking WU, law enforcement agents have also surveilled him and collected evidence of his
    involvement in the criminal scheme.  In or about December 2016, a law enforcement agent surveilling WU saw him

27  retrieve a garbage bag from an apartment in an apartment complex in Bellevue, at which law-enforcement officers
    have conducted an offer-and-acceptance.  An officer saw WU throw the garbage bag in a nearby dumpster.  The
    officer retrieved the garbage bag and found a handwritten note with an accounting of what appeared to be money

28  paid for sex acts, used condoms, condom wrappers, and tissue paper.

COMPLAINT/WANG - 13
Case No.

1  The operators of prostitution rings tend to supply residential brothels with only those
2  supplies as are necessary for the prostitutes' subsistence and the sexual conduct that takes
3  place inside.

4         d.      On November 8 and 29, as well as December 1, 10, and 14, 2016,
   location data showed that WU's car and phone traveled to an apartment complex in
5  Bellevue at which a Bellevue Police Department officer conducted an offer-and-
6  acceptance in November 2016.

7         26.     In addition to the examples set out in the preceding paragraph, location data
8  that law enforcement officers obtained pursuant to federal tracking warrants shows that
9  WU and WANG traveled to residential brothels outside Washington. Most recently, on
10 March 28, 2017, location data showed that WU's car and WANG's phone traveled
11 together from Seattle to Portland, Oregon. In Portland, WU and WANG visited an
12 apartment complex that is down the street from a residential brothel at which an officer
13 had previously conducted an offer-and-acceptance. In my experience and training, the
14 fact that WU and WANG travel together to known and suspected residential brothels
15 establishes probable cause to believe that they know each other and work together to
16 operate the prostitution ring.

17        27.     On other dates over the last year, location data showed WU's vehicle at
18 apartment complex in this district that law enforcement officers have identified as
19 residential brothels. One of those complexes, which is located in Bellevue, was the site
20 of an offer-and-acceptance conducted by Detective Tor Kraft with the Bellevue Police
21 Department in or about November 2016. During that operation, Detective Kraft
22 responded to a Backpage advertisement for escort services by texting the telephone
23 number listed in the advertisement. After being directed to a particular apartment in the
24 apartment complex, Detective Kraft paid law-enforcement funds to the female inside,
25 after which the female attempted to engage in a sex act with Detective Kraft. Detective
26 Kraft refused to engage in the sex act and then left.

27        28.     Law enforcement agents with the Lakewood Police Department also
28 encountered WU during an April 21, 2016 operation. On that day, Lakewood police

COMPLAINT/WANG - 14
Case No.

1  officers contacted a telephone number listed in a Backpage advertisement and arranged to

2  meet with a female at the Western Inn in Lakewood, Washington.  The female told agents

3  that she performed sex acts in exchange for money.  The female also identified WU as

4  her driver when officers showed her a photograph of him.

5       29.    Information from WU's phone also evidences his role in the criminal

6  scheme.  On October 10, 2016, after WU traveled into the United States from China, law

7  enforcement agents seized and searched his phone.  His phone contained numerous stored

8  "chats" or online text-message conversations over WeChat.  WU's phone contained

9  dozens of WeChat conversations that, in my experience and training, refer to prostitution.

10  In all of the chats, WU used the screenname "angel jinx" when conversing with others.  I

11  reviewed chats in which WU and ZHANG talked about the time at which a "client" was

12  going to visit an apartment at the Cross Creek apartment complex.[9]  WU also asked

13  ZHANG about the price to hire females who potentially could work as prostitutes.  In

14  addition to the messages between ZHANG and WU, I also reviewed dozens of chats

15  between WU and a person using the screenname "lucky pig" regarding collecting money

16  from customers, references to apartment numbers, and other logistical issues associated

17  with the criminal operation.

18  **D.    Defendant YUNZHONG CHEN**

19       30.    There is also probable cause to believe that Yunzhong CHEN participates

20  in the criminal conspiracy primarily by serving as a courier for prostitutes and renting

21  apartments that WANG used as residential brothels.

22       31.    Toll records from CHEN's phone show that he routinely makes and

23  receives calls to and from phones registered to WANG and WU.  Law enforcement

24  agents first learned about CHEN on or about June 17, 2014 when two females who

25  worked as prostitutes provided agents with his address and vehicle when identifying him

26

27  _____

28  [9] As explained below, King County Sheriff's Department Detective Luke Hillman conducted an offer-and-acceptance at an apartment in this complex in or about July 2016.

COMPLAINT/WANG - 15
Case No.

1  as their boss.  The females referred to him as "Simon" – the same first name that he uses

2  in a "profile" page that he created on the social-media website www.facebook.com.[10]

3       32.    Tukwila Police Department detectives thereafter encountered CHEN on or

4  about June 19, 2014, in the context of an undercover operation in which a Tukwila PD

5  detective called the phone number listed on a Backpage advertisement and requested that

6  a prostitute visit his hotel room.  CHEN drove the prostitute to the meeting.  When

7  questioned by Tukwila Police Department detectives, CHEN claimed that he did not

8  speak English.

9       33.    Records from apartment complexes, public utilities, and telecommunication

10  providers also connect CHEN to numerous apartments that law enforcement agents have

11  identified as residential brothels.   CHEN rented the following apartments, which have

12  been connected with the criminal operation:

13       a.    Between January and December 2016, CHEN leased a unit at an

14  apartment complex in Renton.  In or about May 2016, the apartment manager at the

15  complex told law enforcement officers that she noticed numerous indicia of prostitution-
related activity at the apartment, namely: (i) when maintenance staff at the complex went

16  to service the water heater in the apartment, they noticed that the apartment was largely
empty, apart from baby wipes, lotion, a bed, and a desk; and (ii) numerous male visitors

17  to the complex asked maintenance staff for directions to the unit in CHEN's name and

18  left the complex shortly after visiting the apartment.  In my experience and training, the
items that law enforcement officers found inside the apartment that CHEN rented are

19  indicia of prostitution; specifically, they relate solely to the prostitutes' subsistence and
the performance of sex acts inside.

20

21       b.    In 2016, CHEN rented an apartment at a different apartment

22  complex in Renton.  In or about June 2016, during the term of CHEN's lease, the
apartment manager complained to the Renton Police Department about apparent

23  prostitution at the apartment.  The manager told detectives that CHEN claimed he was

24  renting the apartment for his mother, but that the complex's employees saw two young
females residing in the apartment.  The manager also stated that male visitors frequented

25  the apartment (at approximate 15-minute intervals).  When officers knocked on the

26  _____

27  [10] As explained below, CHEN leased an apartment at the Montclair Heights apartment complex in Renton, which
law enforcement agents have identified as a residential brothel.  The apartment manager at that complex told law

28  enforcement agents that CHEN referred to himself as "Simon" during a phone call with her.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

apartment door, a male jumped out of a window and broke his leg on the balcony below. Although the male told officers that he was a structural engineer who was visiting the apartment to evaluate its structural integrity, the female inside the apartment told officers that she and the man had sex (she claimed, however, that he did not pay her for the sex acts). The apartment, like other residential brothels, contained very little furniture and had other indicia of prostitution, such as discarded condoms and lubricant.

         c:    CHEN leased a third apartment in Renton in 2016. In or about June 2016, the apartment manager at the complex informed the Renton Police Department that neighbors around the apartment complained about "short-stay" male traffic – i.e., numerous different males who visited the apartment for discrete periods of time.

         d.    From March 2016 to December 2016, lease records from an apartment complex in Belleuve show that CHEN leased an apartment in that complex. Detective Luke Hillman with the King County Sheriff's Office conducted an offer-and-acceptance at this apartment in or about July 2016, when he contacted the telephone number listed on a Backpage advertisement, went to the apartment as directed, met with a female at the apartment, gave her 200 dollars for the performance of sex acts, saw evidence that the apartment was being used as a residential brothel (e.g., very little furniture, a mattress on the floor, used condoms), and then left without engaging in any sex acts with the female.

         e.    From May 2016 to January 2017, CHEN leased an apartment at a complex in Bellevue. Payment records produced in response to a subpoena from law enforcement show that CHEN paid for utilities and internet connectivity at the apartment. Backpage records, which were produced in response to a subpoena, show that 8 advertisements for escort services as well as 19 payments to Backpage for certain enhanced advertising features, originated from an IP address that traces back to this residence and associated with a Backpage account registered to asianpenny425@gmail.com. In or about the fall of 2016, Detective Luke Hillman with the King County Sheriff's Office was directed to this address when he contacted the phone number listed in a Backpage advertisement, seeking to arrange an appointment with an escort.[11] In or about December 2016, two anonymous callers complained to the Bellevue Police Department that females were being held in apartment G2; the Bellevue PD officers who were dispatched in response to those separate complaints found two different Asian females at the apartment.

         f.    Since July 2016, CHEN has leased an apartment at a complex in Seattle. Both Bellevue Police Department and Seattle Police Department officers have

---

[11] After Detective Hillman requested a residential brothel in Seattle (rather than Bellevue), he was told to go to a different address.

COMPLAINT/WANG - 17
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conducted offers-and-acceptances at the apartment in November 2016 and April 2017 respectively. The offers-and-acceptances occurred after officers contacted telephone numbers listed in Backpage advertisements. Officers saw very little furniture, apart from a mattress, in the apartment. They also saw tissues, lube, and a large quantity of condoms, which in my experience and expertise are consistent with the contents of a residential brothel.

34.    CHEN also pays for internet connectivity at other residences from which Backpage advertisements for escort services appear to have been posted, including apartments in Bellevue and Renton. Backpage records show that a Backpage account registered to seattlepretty@gmail.com posted over 200 of advertisements for escort services and received hundreds of Backpage invoices associated with such advertisements. The IP addresses associated with some of those advertisements trace back to physical addresses at which CHEN paid for internet connectivity.

35.    Location data from a tracking device affixed to CHEN's vehicle and from his phone establishes additional probable cause regarding his participation in the criminal scheme. As an initial matter, the location of CHEN's car often corresponds with the location of WU's car and phone and WANG's phone. For instance, CHEN's and WU's vehicles both appeared at CHEN's residence in Seattle on March 23, 2017. Location data from the three defendants' phones also shows that CHEN, WU, and WANG all traveled from Seattle to Las Vegas on March 14, 2017. CHEN has also frequently traveled to the residence of co-defendant HE, including on February 26, 2017, March 6, 2017, March 19, 2017, and March 29, 2017.

36.    In addition, CHEN's car has frequently traveled to, and between, residential brothels throughout the Western District of Washington, which is consistent with witness accounts that CHEN collects money from females who serve as prostitutes and drives those females to residential brothels. Recently, CHEN made visits to the an apartment complex in Seattle on March 4, March 10, March 29, and April 1, 2017; a law enforcement officer with the Bellevue Police Department conducted an offer-and-acceptance at an apartment in that complex..

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

E.    **Defendant STEVEN THOMPSON**

37.    There is probable cause to believe that Steven THOMPSON is another member of the conspiracy.

38.    Three different witnesses have identified THOMPSON as a member of the criminal conspiracy.

a.    *First*, CS1 told officers that, at WANG's direction, he/she drove a female to a residential brothel where she would serve as a prostitute. CS1 told agents that he/she saw THOMPSON at the apartment, that THOMPSON rented the apartment for WANG, and that he/she saw THOMPSON on three or four additional occasions in the future.

b.    *Second*, ZHANG also identified THOMPSON as someone who drove females to and from the Seattle-Tacoma International Airport in or about 2015. The outbound travelers had already served as prostitutes in the Seattle area, whereas the inbound travelers had been recruited or directed by WANG's organization to serve as prostitutes in the Seattle area.

c.    *Third*, one of the females who performed sex acts in exchange for money at an apartment in Bellevue also identified THOMPSON as a participant in the criminal scheme. Specifically, on or about February 28, 2017, law enforcement officers conducted an offer-and-acceptance at an apartment in Bellevue. Immediately thereafter, officers obtained and executed a state search warrant to search the residential brothel, inside which they found very little furniture, windows covered up with blankets, and prostitution-related supplies, like baby wipes and lubricant. The female inside that apartment – referred to herein as "A.S." – told officers that she worked for a "big boss" named "Wendy" and that "Wendy" operated "many houses" at which prostitution occurred.[12] The

_____

[12] A.S. told agents that Wendy used WeChat to inform her when clients were on their way to the apartment. She also told agents that she collected approximately 600 to 900 dollars per day from clients, a percentage of which she turned over to people who "Wendy" sent to collect money from her.

COMPLAINT/WANG - 19
Case No.

name "Wendy" is a name that CS1 has identified as one of WANG's aliases. A.S. also told officers that "Wendy" used WeChat to operate the prostitution ring, such as by communicating with females who worked as prostitutes about when clients were scheduled to arrive. A.S. also told agents that "Wendy" took a percentage of the money that clients paid A.S. for sex acts.[13]

After telling officers about "Wendy," A.S. made a recorded telephone call to "Wendy" in the officers' presence. "Wendy" instructed A.S. to meet with someone at the Factoria Mall parking lot in Bellevue and to surrender to him the money that A.S. had collected from her clients over the course of the day. When "Wendy" traveled to the Factoria Mall, she met with THOMPSON, who took the money from her. Law enforcement officers saw THOMPSON meet with A.S.

39.    Bellevue Police Department officers alerted to THOMPSON early in the investigation when responding to an anonymous tip about prostitution at an apartment complex in Bellevue. When officers entered the apartment, they saw a female who claimed that she served as a prostitute in the apartment at the direction of another female named "Lilli." She further claimed periodically to receive groceries and other items for her subsistence from people who worked for "Lilli." The apartment was sparely furnished and contained many of the indicia of prostitution (e.g., condoms, tissue paper, lubricant) that officers saw when conducting "offers-and-acceptances" at other residential brothels. On a table inside the apartment, officers saw packages addressed to THOMPSON (though the address set out on the packages was a different address than the apartment to which the officers had responded).

40.    Lease records show that THOMPSON rents numerous apartments connected to the prostitution ring.[14] In particular:

---

[13] A.S. told officers that she never met "Wendy" in person.

[14] THOMPSON's actual residence is in Renton. Law enforcement officers surveilling the residence have seen THOMPSON regularly return to the residence at the end of each day.

COMPLAINT/WANG - 20
Case No.

a.      Since January 8, 2017, THOMPSON has rented an apartment at a complex in Bellevue.  Bank records produced in response to a subpoena show that he has paid monthly checks to the apartment complex.  Detective Hillman conducted an offer-and-acceptance at this address in July 2016, after contacting a telephone number in a Backpage advertisement for escort services and discussing the exchange of sex acts for money with the person using that number.  Law enforcement officers performing surveillance outside the apartment complex have seen THOMPSON visit the office at the complex, and IP records associated with seattlepretty@gmail.com – an address used to post Backpage advertisements – also trace back to the apartment.

b.      Between September 2016 and April 2017, THOMPSON rented an apartment at a complex in Bellevue.  THOMPSON has also paid for internet connectivity at this address, as evidenced by records produced by the internet service provider.  Detective Hillman conducted an offer-and-acceptance at this address in November 2016, after responding to an advertisement for escort services on Cityvibe.com.[15]  Moreover, in January 2017, Redmond Police Department officers interviewed the apartment manager at the the complex, who told officers that she received an anonymous complaint about prostitution at THOMPSON's apartment, that she saw different males frequent the apartment, and that a complex employee performing maintenance on the premises saw a bag full of condoms outside the apartment.  Following these events, officers surveilled the apartment and saw new females being dropped off at the apartment with luggage once or twice a week.   Law enforcement officers also saw multiple male visitors visit the apartment, typically at 20- to 40-minute intervals.  THOMPSON terminated his lease at the apartment in April 2017, following numerous complaints from other residents at the complex.[16]

c.      Between October 2015 and August 2016, THOMPSON rented an apartment at a complex in Newcastle, Washington.  Payment records produced in response to subpoenas show that THOMPSON paid for utilities and internet connectivity at this address, and law enforcement agents conducting surveillance at the complex have seen him on the premises in August 2016, even though he did not live there.  In March 2016, Detective Hillman was directed to this apartment after contacting the telephone number set forth in a Backpage advertisement and exchanging messages about obtaining sex acts in exchange for money.   Rather than enter the apartment, Detective Hillman

---

[15] As explained above, like Backpage, Cityvibe is a website that allows people to post classified advertisements. The Cityvibe advertisement at issue linked to a separate website, which listed a telephone number that Detective Hillman contacted.

[16] The apartment manager told officers that, when she confronted THOMPSON about the suspicious activity at the apartment, he stated that a "friend" of his stayed at the apartment and that he had no knowledge of any prostitution-related activity.  In the days after the conversation between the apartment manager and THOMPSON, law enforcement officers saw two males and a female remove belongings from the apartment and clean it, after which THOMPSON informed the apartment manager that he intended to terminate the lease.

COMPLAINT/WANG - 21
Case No.

surveilled it and saw two males enter and leave within an hour. Four months later, in July 2016, Detective Hillman again was directed to the apartment when he contacted a telephone number listed on a Backpage advertisement. This time, Detective Hillman entered the apartment, saw a young female inside, conducted an offer-and-acceptance, and observed indicia of prostitution.

41.    THOMPSON has also visited other apartments that are being used as residential brothels and has traveled with females who appear to be serving as prostitutes in those brothels. In particular, on or about January 25, 2017, Bellevue Police Department Detective Tor Kraft saw THOMPSON and a female enter an apartment in Bellevue at which King County Sheriff's Office Detective Luke Hillman conducted an offer-and-acceptance in or about October 2016.[17] After leaving the apartment and traveling to other locations in Bellevue, THOMPSON returned to the apartment, picked up a female who was inside, traveled to a grocery store, and then drove her back with groceries. In my experience and training regarding prostitution rings, there is probable cause to believe that one of the roles THOMPSON performs for the prostitution ring is to transport females who serve as prostitutes and to help them subsist.

42.    Location data from a tracking device affixed to THOMPSON's car also establishes probable cause to believe that he travels between residential brothels, in order to provide subsistence for females inside and to collect money from them. Recently, THOMPSON's car has traveled to more than five different apartment complexes in Bellevue since January 2017, at which law enforcement officers previously have conducted offers and acceptances. In my experience and training, THOMPSON's pattern of visiting multiple apartment complexes in a single day is consistent with witness accounts that he collected money from prostitutes and/or otherwise facilitated prostitution-related activity, all in furtherance of the conspiracy.

---

[17] THOMPSON did not lease this particular apartment.

COMPLAINT/WANG - 22
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**F.    Defendant YAOAN HE**

43.    There is also probable cause to believe that Yaoan HE is a member of the criminal conspiracy.

44.    A.S. told law enforcement agents that, at the end of one or more of her daily shifts, HE collected money that clients paid her. CS1 likewise told law enforcement agents that HE collected money from females who served as prostitutes at the apartments that CS1 rented at WANG's direction. CS1 also told agents that HE delivered money to CS1, on WANG's behalf, in order to compensate CS1 for the apartments that CS1 rented for WANG.

45.    Location data from a tracking device affixed to HE's car shows that, since March 2017, he has traveled to eight apartment complexes in Bellevue and Renton at which law enforcement officers previously have performed offers-and-acceptances. In my experience and training, HE's history of traveling frequently between residential brothels indicates that he is collecting money from the females who work as prostitutes at those locations.

46.    Other information compiled by law enforcement officers during the investigation demonstrates that HE also supplies the female prostitutes with food and other items that they used in the course of their work. In my experience and training, it is common for prostitution rings to designate one or more people, like HE, to travel between brothels and provide the female residents of those brothels with items that they need to subsist (e.g., food and water) and to do their work (e.g., condoms, wipes, tissues, and lubricant). Records produced by Costco show that HE has made irregular purchases of precisely those items. Law enforcement officers surveilling residential brothels in Bellevue, at which officers previously conducted offers-and-acceptances, have observed HE delivering packages to the females who live inside the apartments.

47.    HE also leases apartments that have been used as residential brothels.

        a.    Since January 2017, HE leased an apartment in Renton, at which a King County Sheriff's Office officer conducted an offer-and-acceptance in January.

COMPLAINT/WANG - 23
Case No.

b. Since January 2017, HE leased an apartment in Kent. In January, a law enforcement officer with the King County Sheriff's Office was told to go to the apartment in a text-message conversation with a telephone number listed in a Backpage advertisement for prostitution-related services. In the course of the text-message conversation, the officer discussed the exchange of sex acts for money.

c. In 2016, HE leased an apartment at a complex in Bellevue at which officers responded to a 911 call on April 25, 2016. A female in HE's unit claimed that she was being held against her will and was being forced to work in an escort service. The condition of the apartment resembled other residential brothels that officers have identified during this investigation – i.e., there was sparse furniture and indicia of prostitution. While officers were responding to the incident, HE arrived in a car with his wife. HE disclaimed knowledge of the prostitute inside the apartment.

48. There is also probable cause to believe that, in addition to collecting money from females who work as prostitutes and leasing apartments that serve as residential brothels, HE posts advertisements on Backpage. Backpage records show that over 125 Backpage advertisements for escort services posted by an account registered to asianpenny425@gmail.com and another email address, as well as thousands of Backpage invoices for fee-based advertising, trace back to seven different IP addresses that are registered to HE's home address. Law enforcement officers have surveilled HE at that address in order to confirm that he resides there.

//

//

COMPLAINT/WANG - 24
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IV.     CONCLUSION

49.     Based on the above facts, I respectfully submit that there is probable cause to believe that Defendants FANG WANG, YUNZHONG CHEN, YONGGUANG WU, STEVEN THOMPSON, YAOAN HE, and ZHAOFENG ZHANG did knowingly and intentionally conspire to violate the Travel Act, Title 18, United States Code, Section 1952(a)(3)(A), in violation of Title 18, United States Code, Section 371.


DAVID HECHT, Complainant
Special Agent, FBI


SUBSCRIBED AND SWORN before me this _____ 3ʳᵈ _____ day of May, 2017.


Hon. BRIAN A. TSUCHIDA
United States Magistrate Judge

COMPLAINT/WANG - 25
Case No.